**Dated: October 10, 2020**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT516
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE
```

| | |
|---|---|
| In re: | Chapter 13 |
| ALVIN EARL BUTTS & JANICE GALLOWAY BUTTS | |
| Debtor(s) | Case No. 20-23609-L |
| SSN(1) XXX-XX-2380  SSN2 XXX-XX-6114 | |

**ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS**
for Failure To Provide Required Documents

   In this cause it appearing to the Court from the statements of Chapter 13 Trustee that the Trustee wishes to withdraw his or her pending Motion to Dismiss for for Failure To Provide Required Documents in the above referenced case and that good cause exists.

   IT IS THEREFORE ORDERED:

   That the Trustee's Motion to Dismiss for Failure To Provide Required Documents is hereby withdrawn.

                                        /S/ Sylvia Ford Brown
                                        Chapter 13 Trustee

CC:   Sylvia Ford Brown
SZ
      ALVIN EARL BUTTS & JANICE GALLOWAY BUTTS
      1442 SINGING TREES DRIVE
      MEMPHIS, TN  38116

      BRIAN W LYNN